**Marvin L. SMITH, Petitioner–Appellant,**

v.

**Kelly BROWN; James Dunlap; Bill Forbes, Defendants–Appellees.**

No. 01–7505.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 28, 2001.

Marvin L. Smith, pro se.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Marvin L. Smith appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Smith v. Brown,* No. CA–01–

287–2 (S.D.W.Va. July 20, 2001). We dispense with oral argument and deny Smith's motions for transcript at government expense and to proceed in forma pauperis because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*